IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LESLIE CLAYTON,

      Plaintiff,

vs.                                                       4:07-CV-229-SPM

STATE OF FLORIDA, AGENCY FOR
PERSONS WITH DISABILITIES and
FLORIDA DEPARTMENT OF CHILDREN
& FAMILIES,

      Defendants.
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** comes before the Court upon "Plaintiff's Notice of Resolution" (doc. 47). Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

**ORDERED AND ADJUDGED** that this case is *dismissed* and all pending motions are denied as moot. The Court retains jurisdiction for a period of sixty (60) days during which time any party may move to reopen the case for good cause shown.

**DONE AND ORDERED** this eleventh day of March, 2008.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge